IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SERGEI IZBITSKI,

        Petitioner,

v.                                                       1:25-cv-00778-JB-JMR

RAY CARNES, *Warden, Torrance County Detention Facility*; MARISSA A. FLORES, *Director of El Paso Field Office*; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*; PAM BONDI, *Attorney General of the United States, in their official capacities*,

        Respondents.

## **ORDER SETTING ZOOM STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held via Zoom on **Wednesday, November 19, 2025**, at **2:00 p.m. Mountain Time.** The invitation to the Zoom meeting will be docketed as a separate docket entry and will be viewable only by the parties. The Court asks that all participants log in to the Zoom conference fifteen minutes prior to the starting time in case there are any technical issues that need to be addressed prior to the conference.

IT IS HEREBY ORDERED that a representative from the United States Attorney's Office for the District of New Mexico must appear at this status conference. The Clerk of Court is ordered to e-mail this order to the Civil Division Chief of the United States Attorney's Office for the District of New Mexico, Roberto Ortega (Roberto.Ortega@usdoj.gov).

                                                                 JENNIFER M. ROZZONI
                                                                 United States Magistrate Judge